# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 19, 2025

## NO. 03-25-00852-CR

**David Ruiz-Mendoza, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.